## GRIFFIN *et al. vs.* DAVIS, receiver.

Factors had been advancing and accepting drafts for a farmer to enable him to make his crop. He died during the year; his wife took out temporary letters of administration, gathered the crop and delivered a number of bales of cotton to the factors, who sold it, and credited it, in the usual order of their business, and with the assent of the widow (as alleged by the receiver). Afterward the factors made an assignment, giving preference, first, to the payment of expenses; second, to the payment of persons having money on deposit or call with them, or to their credit on uncollected balances from the sale of cotton; and third, to the payment of other creditors. A receiver was appointed. None of the cotton or money of the estate went into his hands. The widow took a year's support, and ruled the receiver to compel the payment of the amount set apart to her:

*Held*, that there was no error in refusing to order such payment.

(*a.*) To enable a widow to obtain a year's support out of the estate of her husband, it must first appear that he has an estate. That there had been property which had been disposed of by the factors, makes *no difference*, if none of the proceeds went into the hands of the receiver.

September 26, 1882.

CRAWFORD, Justice.